David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Yitzchak H. Lieberman (SBN 277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7400 Hollywood Blvd, #505
Los Angeles, California 90046
Telephone: (917) 657-6857
Facsimile: (877) 501-3346

Ethan Preston (SBN 263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KATZ and LYNNE RHODES, individually, and on their own behalf and on behalf of all others similarly situated,<br><br>Movants,<br><br>v.<br><br>SHELL ENERGY NORTH AMERICA (US), LP, a California corporation,<br><br>Respondent. | No. **'21CV133  W    MSB**<br><br>**PLAINTIFFS' MOTION TO ENFORCE SUBPOENA AGAINST SHELL ENERGY NORTH AMERICA (US), LP**<br><br>Originating Case: *Katz v. Liberty Power Corp., LLC, Liberty Power Holdings, LLC*, No. 1:18-cv-10506, pending in the United States District Court for the District of Massachusetts |

## NOTICE OF MOTION TO ENFORCE SUBPOENA

PLEASE TAKE NOTICE THAT on a date and time to be determined by the

United States District Court for the Southern District of California, Plaintiffs

Samuel Katz and Lynne Rhodes ("Plaintiffs") hereby move this Court to compel

Motion to Compel SENA

1  Shell Energy North America (US), LP ("SENA") to comply with Plaintiffs'

2  subpoena and other relief under Federal Rule of Civil Procedure 45.

3      This is an ancillary proceeding to a case before a different court. In the

4  underlying case, Plaintiffs obtained an order compelling production of documents

5  from Defendants Liberty Power Corp., LLC and/or Liberty Power Holdings, LLC

6  ("Defendants"). *Katz v. Liberty Power Corp., LLC*, No. 18-10506, 2020 WL

7  3492469, *4-7 (D. Mass. June 26, 2020). Plaintiffs have since moved the

8  originating court to enforce its order, to account for documents missing from

9  Defendants' production. (Preston Decl. ¶3.) Plaintiffs then served a subpoena on

10 SENA because it has relevant documents, Defendants' ultimate production remains

11 uncertain, and Plaintiffs have case management deadlines. SENA objected to the

12 subpoena. Plaintiffs have met and conferred with SENA extensively but have been

13 unable to make progress towards completion.

14                        **MOTION TO COMPEL**

15     This Motion is based on this Notice of Motion and Motion, the

16 Memorandum of Points and Authorities in Support of the Motion, the authorities

17 cited therein and the supporting declarations, oral argument of counsel, and any

18 other matter that may be submitted at the hearing.

19

20 Dated: January 22, 2021          By:  s/Ethan Preston
                                       David C. Parisi (SBN 162248)
21                                     dcparisi@parisihavens.com
                                       PARISI & HAVENS LLP
22                                     100 Pine Street, Suite 1250
                                       San Francisco, California 94111
23                                     Telephone: (818) 990-1299
                                       Facsimile: (818) 501-7852

24                                     Yitzchak H. Lieberman (SBN 277678)
                                       ylieberman@parasmoliebermanlaw.com
25                                     PARASMO LIEBERMAN LAW
                                       7400 Hollywood Blvd, #505
26                                     Los Angeles, California 90046
                                       Telephone: (917) 657-6857
27                                     Facsimile: (877) 501-3346

28                                     Ethan Preston (SBN 263295)

ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Samuel Katz and Lynne Rhodes, on their own behalf, and behalf of all others similarly situated*

Motion to Compel SENA

3