

↶ Reply all  ⌄    🗑 Delete    ⊘ Junk    Block    ···

**Transferred case has been opened**

E  **ECFnotice@mad.uscourts.gov**
Wed 4/28/2021 7:05 PM
**To:** CASDdb_interdistricttransfer_casd

CASE: 3:21-cv-00133

DETAILS: Case transferred from California Southern
has been opened in District of Massachusetts
as case 1:21-cv-10706, filed 04/28/2021.

Reply  |  Forward